HUGO & SMETZER v. A. F. DIGNOWITTY.

(No. 1229, Op. Book No. 3, p. 509.)

APPEAL from Kinney County. Opinion by WHITE, P. J.

§ 158. *Injunction; returnable to what county.* Writs
of injunction to stay proceedings in a suit or execution
on a judgment shall be returnable to and tried in the
court where the suit is pending or the judgment was
rendered. [Pas. Dig. art. 3932; R. S. 2880.] This statute is
imperative. [Hendrick v. Cannon, 2 Tex. 259; Winnie
v. Greyson, 3 Tex. 429; Cook v. Baldridge & Co. 39 Tex.
250; George v. Dyer and wife, *post*, p. 000.]

March 19, 1881. Reversed and remanded.

---

RICHARD BOAZ v. E. S. GRAHAM.

(No. 1154, Op. Book No. 3, p. 511.)

APPEAL from Young County. Opinion by WINKLER, J.

§ 159. *Jurisdiction; forcible entry and detainer.* In
a suit of forcible entry and detainer, where the justice
rendered judgment for more than $200 damages, his
judgment was void for the excess over that sum, and
that sum having been paid by the defendant, an execu-
tion for the excess of the judgment was perpetually en-
joined.

March 19, 1881. Reversed and rendered.